1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:12-cv-02003-LJO-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| MIRIAM J. ROLAND, as Trustee Under Declaration of Trust Dated August 5, 1991 in Which She is Named as Miriam Roland; BERNADO CARREON dba COYOACAN MEXICAN RESTAURANT, | |
| Defendants. | |

1. IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Miriam J. Roland, as Trustee Under Declaration of Trust Dated August 5, 1991 in which she is Named as Miriam Roland, and Bernado Carreon dba Coyoacan Mexican Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: October 15, 2013                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff
                                          Natividad Gutierrez


Date: October 14, 2013                    JEFFER, MANGELS, BUTLER & MITCHELL


                                          */s/ Martin H. Orlick*
                                          Martin H. Orlick
                                          Attorneys for Defendants
                                          Miriam Roland and Bernado Carreon
                                          dba Coyoacan Mexican Restaurant



**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **October 15, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE