1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATIVIDAD GUTIERREZ,                     ) No.  1:12-cv-02003-LJO-GSA
                                            )
12          Plaintiff,                      ) **STIPULATION FOR DISMISSAL OF**
                                            ) **ACTION; ORDER**
13     vs.                                  )
                                            )
14 MIRIAM J. ROLAND, as Trustee Under       )
   Declaration of Trust Dated August 5, 1991 in )
15 Which She is Named as Miriam Roland;     )
   BERNADO CARREON dba COYOACAN             )
16 MEXICAN RESTAURANT,                      )
                                            )
17          Defendants.                     )
                                            )
18 _____ )

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1
2
3
4
5
6
7

    IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Miriam J. Roland, as Trustee Under Declaration of Trust Dated August 5, 1991 in which she is Named as Miriam Roland, and Bernado Carreon dba Coyoacan Mexican Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: October 15, 2013　　　　　　　　　MOORE LAW FIRM, P.C.

                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorney for Plaintiff
                                                Natividad Gutierrez

Date: October 14, 2013　　　　　　　　　JEFFER, MANGELS, BUTLER & MITCHELL

                                                */s/ Martin H. Orlick*
                                                Martin H. Orlick
                                                Attorneys for Defendants
                                                Miriam Roland and Bernado Carreon
                                                dba Coyoacan Mexican Restaurant

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

    Dated:   **October 15, 2013**　　　　　　**/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE